No. 72–700. HERNANDEZ ET AL. *v.* VETERANS' ADMINISTRATION ET AL. C. A. 9th Cir. Motion to dispense with printing petition and certiorari granted. Case set for oral argument with No. 72–1297 [*Johnson* v. *Robison*], *supra.*

No. 72–948. NATIONAL CABLE TELEVISION ASSN., INC. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari granted and case set for oral argument with No. 72–1162 immediately *infra.*

No. 72–1162. FEDERAL POWER COMMISSION *v.* NEW ENGLAND POWER CO. ET AL. C. A. D. C. Cir. Certiorari granted and case set for oral argument. with No. 72–948 immediately *supra.*

No. 72–1289. NATIONAL RAILROAD PASSENGER CORP. ET AL. *v.* NATIONAL ASSOCIATION OF RAILROAD PASSENGERS. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–6160. MITCHELL *v.* W. T. GRANT CO. Sup. Ct. La. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–846. BALL, DIRECTOR, DEPARTMENT OF AGRICULTURE OF MICHIGAN, ET AL. *v.* ARMOUR & CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–1172. MILNER, DBA BELVEDERE DRIVING SCHOOL, ET AL. *v.* BURSON, DIRECTOR, GEORGIA DEPARTMENT OF PUBLIC SAFETY, ET AL. C. A. 5th Cir. Certiorari denied.